UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **CSTMR, LLC,** *Plaintiff* | § § § |
| v. | §   No.  1:23-CV-01306-RP § |
| **LIBERTY SBF, LP,** *Defendant* | § § § |

# ORDER

Before the Court is Petitioner CSMTR, LLC's Motion to Compel Post-Judgment Discovery Responses, Dkt. 6. The District Judge referred the motion to the undersigned for disposition. The Court set the motion for hearing, Dkt. 10, and after considering the parties' filings, the record as a whole, the applicable law, and the arguments at the hearing, the Court announced its ruling, and the reasons for that ruling, on the record. This written order memorializes that oral ruling.

For the reasons stated on the record, the Court **GRANTS IN PART and DENIES IN PART** CSTMR's motion, Dkt. 6. In particular, the Court rules as follows:

Interrogatory 11: **MOOT**

Interrogatory 12: The Court **GRANTS IN PART** as to Rog 12, modified to remove the term "manager" from the request. Moreover, at the hearing, CSTMR withdrew its motion as to subsection (d), so that request is now moot.

Interrogatories 13, 17, 18: **GRANT**

The Court **DENIES** the motion in all other respects.

2

The Court **ORDERS** Respondent Liberty SBF, LP to serve responses to these interrogatories, consistent with the rulings above, no later than September 17, 2024.

SIGNED August 27, 2024.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE